USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2021___

**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New Yor
347-223-4296 (office); 703-851-246
718-228-7679 (fax)
joubinlaw@gmail.com

July 19, 2021

<u>**VIA ECF**</u>
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007

     Re:  <u>Mosby v. City of New York, et al.</u>, 20 CV 1485 (AT)

Dear Judge Torres:

     As Plaintiff's counsel in this action, I write with the consent of defense counsel to respectfully request a one-week extension for Defendants to submit their Rule 56.1 Statement. The current deadline for the 56.1 Statement is July 23, 2021; the Court granted one prior request for an extension (*see* ECF No. 26). While Defendants are prepared to file their 56.1 Statement by that date, that would not allow Plaintiff an opportunity to submit responses, as required by the Court's rules. I requested one week to submit responses to Defendants' 56.1 Statement of undisputed material facts, and defense counsel, Ms. Shin, agreed to this. Accordingly, the parties respectfully request July 30, 2021 as the date by which Defendants shall submit their pre-motion letter and 56.1 Statement with Plaintiff's responses.

     The parties also respectfully seek clarification about whether the 56.1 Statement can include additional factual assertions by the non-moving party (Plaintiff), and if so, whether Defendants' responses to Plaintiff's additional factual assertions should also be included in the 56.1 Statement. If the Court allows additional assertions of material fact by Plaintiff, as well as responses by Defendants – and assuming Plaintiff wishes to make such additional assertions – the parties would respectfully ask for August 4, 2021 as the date by which Defendants shall submit the 56.1 Statement and pre-motion letter. Defendants would still provide their 56.1 Statement to Plaintiff by July 23; Plaintiff would still provide its responses by July 30, along with additional assertions of material fact; and Defendant would have until August 4 to provide responses and file the complete 56.1 Statement with the Court.

     Thank you for your time and attention to this matter.

Respectfully submitted,

_____
Cyrus Joubin, Esq.
Attorney for Plaintiff

cc:    Soo-Young Shin
       *Attorney for Defendants*

GRANTED.  By **July 30, 2021**, Defendants shall submit their pre-motion letter and Rule 56.1 statement containing Plaintiff's responses.  By **August 6, 2021**, Plaintiff shall submit her opposition to Defendants' pre-motion letter, attaching a Rule 56.1 counterstatement containing her statement of facts and Defendants' responses.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
       ANALISA TORRES
United States District Judge