UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MAGGALEAN MOSBY,

                Plaintiff,                      **20-CV-01485 (AT)**

       -against-                              **ORDER**

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to file a joint letter by no later than **Friday, September 23, 2022** updating the Court on the status of settlement discussions and whether the parties would like to schedule a settlement conference prior to the trial scheduled for January 2023.

**SO ORDERED.**

DATED:     New York, New York
                September 8, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2022