**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MAGGALEAN MOSBY,

                               Plaintiffs,                    **20-CV-1485 (AT)(VF)**

        -against-                          **ORDER SCHEDULING PRE-**
                                                               **SETTLEMENT CONFERENCE**
CITY OF NEW YORK, ET AL.,                           **CALL**
                                                               **& SETTLEMENT**
                                Defendant.                  **CONFERENCE**
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, December 13, 2022 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      A settlement conference in this matter is scheduled for **Monday, December 19, 2022, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 12, 2022.**

**SO ORDERED.**

DATED: New York, New York
October 6, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge