**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MAGGALEAN MOSBY,

                              Plaintiffs,                                **20-CV-1485 (AT)(VF)**

              -against-                                                   **ORDER SCHEDULING PRE-**
                                                                          **SETTLEMENT CONFERENCE**
CITY OF NEW YORK, ET AL.,                                                 **CALL**
                                                                          **& SETTLEMENT**
                              Defendant.                                  **CONFERENCE**
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The pre-settlement conference call previously scheduled for December 13, 2022 is

hereby rescheduled to **Tuesday, November 15, 2022** at **10:00 a.m.** Counsel for the parties

are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please**

**dial (888) 808-6929; access code [9781335].**

      In addition, the settlement conference in this matter scheduled for December 19,

2022, is hereby reschedule to **Thursday, December 1, 2022, at 2:00 p.m.**, in Courtroom

17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and**

**parties are required to follow the Court's COVID-safety protocols and should review**

**the Court's website in advance of the conferences for the most up to date**

**information**. Corporate parties must send the person with decision making authority to

settle the matter to the conference. The parties are instructed to complete the Settlement

Conference Summary Report and prepare pre-conference submissions in accordance with

the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be

received by the Court no later than **November 22, 2022.**

**SO ORDERED.**

DATED:        New York, New York
              October 11, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge