```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MAGGALEAN MOSBY,

                    Plaintiff,

        -against-                                    20 Civ. 1485 (AT)

The CITY OF NEW YORK, POLICE OFFICER
JOSEPH ALIBERTI, POLICE OFFICER LUIGI              ORDER
TIRRO, and POLICE OFFICER JOHN DOE
in their individual and official capacities,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2022

ANALISA TORRES, District Judge:

The trial scheduled for January 16, 2023,[1] is ADJOURNED to **January 17, 2023**, at **9:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **December 5, 2022**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **December 12, 2022**.

2. By **December 5, 2022**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Cases. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **December 5, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **January 4, 2023**, at **11:00 a.m.**

---

[1] The Court's September 7, 2022 order set the trial date for January 16, 2023, which is a federal holiday.

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

SO ORDERED.

Dated: October 12, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge

2