UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| MAGGALEAN MOSBY, | : | 20-Cv-1485 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference set for Monday, January 9, 2023, at 9:30 a.m., is moved to 3:00 p.m.

Dated: New York, New York
       January 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.