UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAGGALEAN MOSBY,                :     20-Cv-1485 (SHS)

        Plaintiff,                :     <u>ORDER</u>

   -v-                                        :

THE CITY OF NEW YORK, *ET AL.*,     :

        Defendants.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held on January 9, 2023, with counsel for all parties present,

    IT IS HEREBY ORDERED that,

    1.    Plaintiff's motion in limine [Doc. No. 61] is decided for the reasons as set forth on the record;

    2.    Defendants' motion in limine [Doc. No. 64] is decided for the reasons as set forth on the record; and

    3.    The Clerk of Court is directed to terminate these motions.

Dated: New York, New York
       January 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.