UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| MAGGALEAN MOSBY, | : | 20-Cv-1485 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The trial of this matter having commenced before a jury on January 17, 2023, and the parties having settled this matter with prejudice on the terms set forth on the record today while the jurors were deliberating,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: New York, New York
January 20, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.